**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

United States of America
                              Plaintiff,
v.                                                    Case No.: 1:07−cv−06431
                                                      Honorable Robert M. Dow Jr.
Jose Suarez
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 10, 2007:

    MINUTE entry before Judge Joan B. Gottschall :This matter having been reassigned to calendar of the Honorable Robert M. Dow, Jr, Status Hearing set for 4/30/2008 is vacated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.