AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

United States of America

v.

Jose Suarez

| | |
|---|---|
| CASE NUMBER: | **07 C 6431** |
| ASSIGNED JUDGE: | **JUDGE GOTTSCHALL** |
| DESIGNATED MAGISTRATE JUDGE: | **MAGISTRATE JUDGE ASHMAN** |

TO: (Name and address of Defendant)

Jose Suarez
2306 S. Hoyne Ave., Fl. 1
Chicago, IL  60608-4120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Angela A. Crider
Office of Immigration Litigation, USDOJ
c/o Immigration & Customs Enforcement, USDHS
P.O. Box 670049
Houston, TX  77267-0049

an answer to the complaint which is herewith served upon you, within ___60 (8 USC 1451(b))___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

November 14, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

U.S. V. Jose Suarez, 07 C 4431

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12-13-07 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* George L. CAVAZOS | Special Agent |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:   55th Place and Prairie St.

Chicago, Illinois (his job site)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-13-07
            *Date*

George L. Cavazos  S/A  ICE
*Signature of Server*

Solis  SSA/ICE (witness)

One Tower Lane  Oakbrook Terrace, IL.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.