UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-C-6431 |
| v. | ) | |
| | ) | |
| JOSE SUAREZ, | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **SUBSTITUTION OF COUNSEL** |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the United States of America ("plaintiff"), and files its Notice of Substitution of Counsel pursuant to Local Rule 83.17.

Plaintiff's primary counsel, Angela A. Crider, is leaving her employment with United States Immigration and Customs Enforcement, United States Department of Homeland Security, and will no longer be in a position to represent the plaintiff in this action. Theresa M. Healy, another attorney employed by United States Immigration and Customs Enforcement, United States Department of Homeland Security, and detailed to the Office of Immigration Litigation, United States Department of Justice, Civil Division, is prepared to substitute as plaintiff's counsel in this matter. Ms. Healy is filing an application to appear pro hac vice simultaneously with this notice. This notice of substitution is made in good faith and should not delay the proceedings in this matter. Plaintiff has approved of this substitution.

WHEREFORE, PREMISES CONSIDERED, plaintiff notifies the Court that attorney Theresa M. Healy shall substitute for attorney Angela A. Crider as plaintiff's representative in this matter.

Respectfully Submitted,

PATRICK J. FITZGERALD                          PETER D. KEISLER
United States Attorney                         Assistant Attorney General
                                               Civil Division

CRAIG OSWALD                                   THOMAS W. HUSSEY
Assistant United States Attorney               Director
219 S. Dearborn St., 5th Fl.                   RICHARD M. EVANS
Chicago, IL 60604                              Assistant Director

/s/ Theresa M. Healy                           /s/ Angela A. Crider
THERESA M. HEALY                               ANGELA A. CRIDER
Trial Attorney                                 Trial Attorney
Office of Immigration Litigation               Office of Immigration Litigation
U.S. Department of Justice, Civil Division     U.S. Department of Justice, Civil Division
c/o Immigration and Customs Enforcement        c/o Immigration and Customs Enforcement
300 North Los Angeles Street, Room 8108        P.O. Box 670049
Los Angeles, California                        Houston, Texas 77267-0049
Telephone: (213) 894-8628                      Telephone: (281) 774-4731
Facsimile: (213) 894-2648                      Facsimile: (281) 774-5996
California Bar No. 171566                       Texas Bar No. 00790530


CERTIFICATE OF SERVICE

       I hereby certify that, on February 26, 2008, I electronically filed the foregoing Plaintiff's
Motion to Substitute Counsel with the Clerk of the Court using the CM/ECF system, and hereby
certify that I have mailed by United States Postal Service the document to the following non
CM/ECF participants: Jose Suarez, at 2306 S. Hoyne Ave., Fl. 1, Chicago, IL 60608-4120.


                                        /s/ Angela A. Crider
                                        ANGELA A. CRIDER
                                        Counsel for Plaintiff