**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

United States of America
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06431
                                                      Honorable Robert M. Dow Jr.

Jose Suarez
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

   MINUTE entry before Judge Honorable Robert M. Dow, Jr: Status hearing held on 4/1/2008. Defendant's oral motion for extension of time within which to answer or otherwise plead to the complaint is granted and time extended to and including 6/1/08. Status hearing set for 6/4/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.