IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 07 C 6431 |
| | ) | |
| JOSE SUAREZ, | ) | Judge Dow |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING

TO:  Thersa M. Healy
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
300 North Los Angeles Street
Room 1808
Los Angeles, CA 90012

AUSA
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604

   PLEASE TAKE NOTICE that on May 31, 2008 this notice of service of the following documentation was filed with the United States District Court, Northern District of Illinois, Eastern Division:

- Appearance
- Defendant's Motion for Extension of Time to Answer or Otherwise Plead

                                        /s/ Abdul A. Tayob
                                        _____
                                        Katz Law Office, Ltd.

1

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalties of perjury, pursuant to the Federal Rules of Civil Procedure, that I served this Notice along with the attachments by causing them to mailed to the above addressees with sufficient postage paid, by having them deposited in a mailbox in Chicago, Illinois, and by filing this notice with the court's ECF system, which will send a notification via e-mail.

      /s/ Abdul A. Tayob
      _____
      Katz Law Office, Ltd.

Katz Law Office, Ltd.
4105 West 26th Street
Chicago, Illinois 60623
(773) 321-6651