IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 07 C 6431 |
| | ) | |
| JOSE SUAREZ, | ) | Judge Dow |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

TO:

    Thersa M. Healy
    U.S. Department of Justice
    Civil Division, Office of Immigration Litigation
    300 North Los Angeles Street
    Room 1808
    Los Angeles, CA 90012

    AUSA
    United States Attorney's Office (NDIL)
    219 South Dearborn Street
    Suite 500
    Chicago, IL 60604

    YOU ARE HEREBY NOTIFIED that an Attorney for the Defendant will appear before Honorable Judge Dow on Thursday, June 5, 2008 at 9:15 a.m. and present his "Motion for Extension of Time for Defendant to Answer or Otherwise Plead."

    /s/ Abdul A. Tayob
    _____
    Katz Law Office, Ltd.

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalties of perjury, pursuant to the Federal Rules of Civil Procedure, that I served this Notice along with the attachments by causing them to be mailed to the above addressee with sufficient postage paid, by having them deposited in a mailbox in Chicago, Illinois, and by filing this notice with the court's ECF system, which will send a notification via e-mail.

                              /s/ Abdul A. Tayob
                              _____
                              Katz Law Office, Ltd.

Katz Law Office, Ltd.
4105 West 26th Street
Chicago, Illinois 60623
(773) 321-6651