**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 07 C 6431 |
| | ) | |
| JOSE SUAREZ, | ) | Judge Dow |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant JOSE SUAREZ, by and through his attorneys, Katz Law Office, Ltd., and in support of his Motion for Extension of Time, he states as follows:

(1) Mr. Suarez retained Katz Law Office, Ltd. to represent him in this matter on March 19, 2008.

(2) Thereafter, an associate of Katz Law Office, Ltd. was chiefly in charge of this case and engaged in review of the file, communications with the client, legal research and drafting, and other necessary acts in order to represent Mr. Suarez in the instant matter.

(3) On May 27, 2008, aforesaid associate abruptly departed Katz Law Office, Ltd. without providing any notice to Katz Law Office, Ltd. of his intent to terminate his employment with the law firm and further without advising Katz Law Office, Ltd. of the current status of any of the active cases for which he was primarily responsible.

(4) Katz Law Office, Ltd. thereafter immediately began to review all of the former associate's cases and became aware that this matter had a filing deadline to answer to a complaint by June 1, 2008.

(5) The new counsel of Katz Law Office, Ltd. who is handling this matter cannot, in the interest of Mr. Suarez and in accordance with norms of professional and ethical conduct, hastily answer the Complaint without first becoming sufficiently familiar with the facts contained in the file, the allegations against Mr. Suarez, and the relevant law.

(6) After obtaining some basic information from the PACER System, it appears that two *pro se* motions for extension of time to answer or otherwise plead had been granted, prior to new and current counsel's involvement in this case.

(7) New defense counsel had not had the opportunity to contact counsel for the Plaintiff regarding this Motion as new counsel only learned of the impending filing deadline with minimal notice, but will contact Plaintiff's counsel as soon as possible.

WHEREFORE, in order to preserve Mr. Suarez's rights and to provide competent representation of Mr. Suarez, new counsel, who concurrently files with this Motion his appearance, respectfully requests that this Honorable Court grant Mr. Suarez an additional 60 days to answer or otherwise plead to the Complaint against Mr. Suarez.

Respectfully Submitted,

__/s/ Abdul A. Tayob_____
Counsel for Defendant

Katz Law Office, Ltd.
4105 West 26th Street
Chicago, Illinois 60623
(773) 321-6651