**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

United States of America
       Plaintiff,

v.              Case No.: 1:07−cv−06431
              Honorable Robert M. Dow Jr.

Jose Suarez
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. MOTION by Defendant Jose Suarez for extension of time [21] to file answer is granted to and including 7/18/08. Parties to file an updated status report by 7/18/08. Status hearing set for 7/24/2008 at 09:00 AM. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.