## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 07 C 6431 |
| | ) | |
| JOSE SUAREZ, | ) | Judge Dow |
| | ) | |
| | ) | **Jury Trial Demanded** |
| Defendant. | ) | |

## MR. SUAREZ'S ANSWER TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant JOSE SUAREZ, by and through his attorneys, Katz Law Office, Ltd., and he asserts that he lawfully procured his naturalization and he did not willfully misrepresent or conceal material facts, and for his Answer to Plaintiff's Complaint, he:

1. Cannot admit or deny the statements in Paragraph 1 or Plaintiff's Complaint as they deal entirely with the Plaintiff's reasons for bringing this suit and the Plaintiff's desired relief.

2. Denies the statements contained in Paragraph 2 of Plaintiff's Complaint and affirmatively states that no exhibits were attached to the Complaint as served on him.

3. Admits the statements contained in Paragraph 3 of Plaintiff's Complaint.

4. Admits the statements contained in Paragraph 4 of Plaintiff's Complaint.

5. Admits the statements contained in Paragraph 5 of Plaintiff's Complaint.

6. Admits the statements contained in Paragraph 6 of Plaintiff's Complaint.

7. Admits the statements contained in Paragraph 7 of Plaintiff's Complaint.

8. Admits the statements contained in Paragraph 8 of Plaintiff's Complaint.

9. Denies the statements contained in Paragraph 9 of Plaintiff's Complaint on the basis that he has insufficient information to confirm or to refute such information.

10. Admits the statements contained in Paragraph 10 of Plaintiff's Complaint.

11. Denies the statements contained in Paragraph 11 of Plaintiff's Complaint on the basis that he has insufficient information to confirm or to refute such information.

12. Admits the statements contained in Paragraph 12 of Plaintiff's Complaint.

13. Admits the statements contained in Paragraph 13 of Plaintiff's Complaint.

14. Admits the statements contained in Paragraph 14 of Plaintiff's Complaint.

15. Admits the statements contained in Paragraph 15 of Plaintiff's Complaint.

16. Denies the statements contained in Paragraph 16 of Plaintiff's Complaint.

17. Denies the statements contained in Paragraph 17 of Plaintiff's Complaint on the basis of insufficient information.

18. Denies the statements contained in Paragraph 18 of Plaintiff's Complaint on the basis of insufficient information.

19. Admits the statements contained in Paragraph 19 of Plaintiff's Complaint.

20. Re-affirms his Answers of Paragraphs 1 through 19 of this Answer.

21. Admits the statements contained in Paragraph 21 of Plaintiff's Complaint.

22. Admits the statements contained in Paragraph 22 of Plaintiff's Complaint.

23. Admits the statements contained in Paragraph 23 of Plaintiff's Complaint.

24. Denies the statements contained in Paragraph 24 of Plaintiff's Complaint.

25. Denies the statements contained in Paragraph 25 of Plaintiff's Complaint.

26. Denies the statements contained in Paragraph 26 of Plaintiff's Complaint.

27. Denies the statements contained in Paragraph 27 of Plaintiff's Complaint.

28. Denies the statements contained in Paragraph 28 of Plaintiff's Complaint.

29. Denies the statements contained in Paragraph 29 of Plaintiff's Complaint.

30. Re-affirms his Answers of Paragraphs 1 through 29 of this Answer.

31. Admits the statements contained in Paragraph 31 of Plaintiff's Complaint.

32. Refers to his Answers in Paragraphs 10 through 11 of this Answer and denies the statements contained in Paragraph 32 of Plaintiff's Complaint on the basis of insufficient information.

33. Denies the statements contained in Paragraph 33 of Plaintiff's Complaint.

34. Denies the statements contained in Paragraph 34 of Plaintiff's Complaint.

35. Denies the statements contained in Paragraph 35 of Plaintiff's Complaint.

36. Denies the statements contained in Paragraph 36 of Plaintiff's Complaint.

37. Denies the statements contained in Paragraph 37 of Plaintiff's Complaint.

39. Refers to his Answers in Paragraphs 8 through 12 of this Answer and denies the statements contained in Paragraph 39 of Plaintiff's Complaint on the basis of insufficient information.

40. Denies the statements contained in Paragraph 40 of Plaintiff's Complaint.

41. Denies the statements contained in Paragraph 41 of Plaintiff's Complaint.

42. Denies the statements contained in Paragraph 42 of Plaintiff's Complaint.

43. Denies the statements contained in Paragraph 43 of Plaintiff's Complaint.

44. Denies the statements contained in Paragraph 44 of Plaintiff's Complaint.

45. Denies the statements contained in Paragraph 45 of Plaintiff's Complaint.

WHEREFORE, Mr. Suarez requests that this Court deny all relief sought by the Plaintiff and uphold Mr. Suarez's United States citizenship and all the resultant benefits therein, and grant him any further relief it may deem appropriate and equitable.

Respectfully Submitted,


__/s/ Abdul A. Tayob_____
Counsel for Defendant


Katz Law Office, Ltd.
4105 West 26th Street
Chicago, Illinois 60623
(773) 321-6651