IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 07 C 6431 |
| | ) | |
| JOSE SUAREZ, | ) | Judge Dow |
| | ) | |
| | ) | **Jury Trial Demanded** |
| Defendant. | ) | |

NOTICE OF FILIING

TO:   Theresa M. Healy
      U.S. Department of Justice
      Civil Division, Office of Immigration Litigation
      300 North Los Angeles Street, Room 1808
      Los Angeles, California 90012

      AUSA
      United States Attorney's Office (NDIL)
      219 South Dearborn Street, Suite 500
      Chicago, Illinois  60604

PLEASE TAKE NOTICE that on <u>July 18, 2008</u>, this notice of service along with *Mr. Suarez's Answer to Plaintiff's Complaint*, *Previous Status Report*, and *Joint Status Report* was filed with the Clerk of The United States District Court, Northern District of Illinois, Eastern Division.

/s/ Abdul A. Tayob
_____
Katz Law Office, Ltd.

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalties of perjury, pursuant to the Federal Rules of Civil Procedure, that I served this Notice along with the attachments by causing them to be faxed to the above addressee, mailed to the above addressee with sufficient postage paid, by depositing them in a mailbox in Chicago, Illinois, and by filing this notice with the court's ECF system, which will send a notification via email.

/s/ Abdul A. Tayob
_____
Katz Law Office, Ltd.

Katz Law Office, Ltd.
4105 West 26th Street
Chicago, Illinois 60623
(773) 321-6651